Fill in this information to identify the case:

Debtor name **German Pellets Texas, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known): **16-90127**

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ADM Germany GmbH c/o Michael J. Walsh Burke & Parsons 100 Park Avenue, 30th FL New York, NY 10017-5533 | | Trade Debt | Disputed Subject to Setoff | | | $1,556,271.27 |
| CEM Machine, Inc. 571 West End Avenue Carthage, NY 13619 | | Trade Debt | | | | $48,320.76 |
| Cogbill Construction LLC P.O. Box 777 Rumson, NJ 07760 | | Trade Debt | | | | $38,920.86 |
| CPM Europe B.V. Rijder 2 Zaandam, NL 1507 DN | | Trade Debt | | | | $102,591.31 |
| GreCon, Inc. 15875 SW 74th Ave. Portland, OR 97224-7934 | | Trade Debt | | | | $29,989.00 |
| GT Zesor AG Eichholzstraße 7 Messen, CH 3254 | | Trade Debt | | | | $53,927.00 |
| Horizon Milling, LLC PO Box 841674 Dallas, TX 75284 | | Trade Debt | | | | $249,952.70 |
| J.A.M. Distributing Co. P.O. Box 201978 Dallas, TX 75320-1978 | | Trade Debt | | | | $97,706.85 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Jasper Oil Company PO Box 2290 Jasper, TX 75951** | | **Trade Debt** | | | | $45,999.26 |
| **MFC Commodities GmbH Ronald L. Oran Jr. and Kip Brar Strasburger & Price, LLP 909 Fannin Street, Suite 2300 Houston, TX 77010** | | **Claim Asserted in Litigation** | **Disputed** | | | $7,292,151.75 |
| **Mill Master Machine Works, Inc. 2197 US Hwy 69 Doucette, TX 75942-0610** | | **Trade Debt** | | | | $31,518.41 |
| **NES Rentals - Nederland 5425 North Twin City Hwy Nederland, TX 77627** | | **Trade Debt** | | | | $36,328.92 |
| **Orrick, Herrington & Sutcliffe L P. O. Box 39000 San Francisco, CA 94139** | | **Trade Debt** | | | | $135,217.11 |
| **Port Arthur International Box 1428 Port Arthur, TX 77641** | | **Trade Debt** | **Subject to Setoff** | | | $61,915.83 |
| **SEW-EURODRIVE INC P.O. Box 951012 Dallas, TX 75395-1012** | | **Trade Debt** | | | | $48,951.37 |
| **Springland Mfg. Springland West Road Rivers, Manitoba R0K 1X0** | | **Trade Debt** | | | | $41,777.04 |
| **STIS, Inc. 670620 PO Box Dallas, TX 75267-0620** | | **Trade Debt** | | | | $114,487.00 |
| **Tank Connection Affiliate Group 3609 North 16th Street Parsons, KS 67357** | | **Trade Debt** | | | | $33,640.22 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TSI Responsible Innovation Suite 201 20818 44th Ave West Lynnwood, WA 98036** | | **Trade Debt** | | | | **$258,595.67** |
| **VECOPLAN AG Vor der Bitz 10 Bad Marienberg, Germany 56470** | | **Trade Debt** | | | | **$341,251.16** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy