# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**ACC Business**<br>**PO Box 105306**<br>**Atlanta, GA 30348-5306**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,124.08** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Acton Mobile Industries**<br>**8007-A Corporate Drive**<br>**Nottingham, MD 21236**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$929.10** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**ADM Germany GmbH**<br>**c/o Michael J. Walsh**<br>**Burke & Parsons**<br>**100 Park Avenue, 30th FL**<br>**New York, NY 10017-5533**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br><br>Is the claim subject to offset? ☐ No ■ Yes | **$1,556,271.27** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Advanced Systems & Alarms Servic**<br>**1130 Lindbergh, Suite C**<br>**Beaumont, TX 77707**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$539.79** |

| Debtor | German Pellets Texas, LLC | Case number (if known) | 16-90127 |
|---|---|---|---|

| 3.5 | **Nonpriority creditor's name and mailing address**<br>**AireSpring, Inc.**<br>**1801 W.Olympic Blvd.**<br>**Pasadena, CA 91199-1422**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,563.51 |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Applied Maintenance Specialties**<br>**34369 US Hwy 96 S**<br>**Buna, TX 77612**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $3,347.09 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**AT&T**<br>**PO Box 1809**<br>**Paramus, NJ 07653**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $477.38 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Blackmon Trailer Sales, LLC**<br>**P.O. Box 979**<br>**Mansfield, LA 71052**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $3,940.84 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Blue Beacon Truck Washes**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $762.00 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Brookshire Bros.**<br>**PO Box 2058**<br>**Lufkin, TX 75902**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $3,252.85 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Bryan Davis**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $677.00 |

| Debtor | German Pellets Texas, LLC | Case number (if known) | 16-90127 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**C & I Oil Company, Inc.**<br>**6050 College Street**<br>**Beaumont, TX 77707**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,544.11 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**CEM Machine, Inc.**<br>**571 West End Avenue**<br>**Carthage, NY 13619**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $48,320.76 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**City of Port Arthur**<br>**PO Box 1089**<br>**Port Arthur, TX 77641-1089**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $303.46 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**City of Woodville**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $24,468.25 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Clifton Flowers**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $150.00 |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**COBRA-CARE ADVISORS, INC.**<br>**130 E Main Street**<br>**Macungie, PA 18062**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $725.44 |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Coburn's Supply Company**<br>**PO Box 99001**<br>**Denham Springs, LA 70727-9001**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $12.17 |

| Debtor | German Pellets Texas, LLC | Case number (if known) | 16-90127 |
|---|---|---|---|

### 3.19
**Nonpriority creditor's name and mailing address**
**Cogbill Construction LLC**
**P.O. Box 777**
**Rumson, NJ 07760**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$38,920.86**

### 3.20
**Nonpriority creditor's name and mailing address**
**Construction Safety Products**
**408 N.W. Stallings Drive**
**Nacogdoches, TX 75961**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$434.62**

### 3.21
**Nonpriority creditor's name and mailing address**
**CPM Europe B.V.**
**Rijder 2**
**Zaandam, NL**
**1507 DN**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$108,474.68**

### 3.22
**Nonpriority creditor's name and mailing address**
**CSC Corporation Service Company**
**2711 Centerville Road**
**Wilmington, DE 19808-1645**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$378.40**

### 3.23
**Nonpriority creditor's name and mailing address**
**Dennis Johnston**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$172.80**

### 3.24
**Nonpriority creditor's name and mailing address**
**Dish Network**
**PO Box 94063**
**Palatine, IL 60094-4063**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$66.61**

### 3.25
**Nonpriority creditor's name and mailing address**
**DuBois, Bryant & Campbell, LLP**
**700 Lavaca, Suite 1300**
**Austin, TX 78701**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$115.50**

| | | |
|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**East Texas Exterminating**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$362.65** |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Elliot Eelectric Supply**<br>**430 South Fletcher**<br>**Jasper, TX 75951**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$37.74** |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Entergy Texas, Inc.**<br>**PO Box 8104**<br>**Baton Rouge, LA 70891-8104**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$638,157.52** |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**expediae mundi GmbH**<br>**Schorberger Str. 66**<br>**42699 Solingen**<br>**Germany**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,133.40** |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**F2M Forest 2 Market**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$12,200.00** |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**FedEX Freight**<br>**Dept CH PO Box 10306**<br>**Palatine, IL 60055-0306**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,190.05** |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**FMW Industrieanlagenbau GmbH**<br>**Kirchstetten 100**<br>**3062 Kirchstetten**<br>**Austria**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$7,325.55** |

| Debtor | German Pellets Texas, LLC | Case number (if known) | 16-90127 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Frame**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $294.41 |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Fuehler Systeme eNet Internation**<br>**Roehtensteig 11**<br>**D-90408 Nuernberg**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $714.35 |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**GOODYEAR COMMERCIAL TIRE**<br>**1255 W Cardinal Dr.**<br>**Beaumont, TX 77705**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $9,502.55 |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**GreCon, Inc.**<br>**15875 SW 74th Ave.**<br>**Portland, OR 97224-7934**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $29,989.00 |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**GT Zesor AG**<br>**Eichholzstraße 7**<br>**Messen, CH**<br>**3254**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $53,927.00 |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**Guardian**<br>**PO Box 824404**<br>**Philadelphia, PA 19182-4404**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $5,043.06 |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**Hernandez Office Solutions**<br>**119 17th Street**<br>**Nederland, TX 77627**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,654.46 |

| Debtor | German Pellets Texas, LLC | Case number (if known) | 16-90127 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**HireRight Solutions**<br>**PO Box 847783**<br>**Dallas, TX 75284-7891**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __Trade Debt__<br>Is the claim subject to offset? ■ No ☐ Yes | $876.80 |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**Hirner**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __Trade Debt__<br>Is the claim subject to offset? ■ No ☐ Yes | $1,027.35 |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**Horizon Milling, LLC**<br>**PO Box 841674**<br>**Dallas, TX 75284**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __Trade Debt__<br>Is the claim subject to offset? ■ No ☐ Yes | $249,952.70 |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>**Howard's Auto Supply**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __Trade Debt__<br>Is the claim subject to offset? ■ No ☐ Yes | $330.28 |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Inspectorate America Corporation**<br>**Dallas, TX 75303-1011**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __Trade Debt__<br>Is the claim subject to offset? ■ No ☐ Yes | $15,111.17 |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>**J.A.M. Distributing Co.**<br>**P.O. Box 201978**<br>**Dallas, TX 75320-1978**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __Trade Debt__<br>Is the claim subject to offset? ■ No ☐ Yes | $97,706.85 |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>**James Pate**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __Trade Debt__<br>Is the claim subject to offset? ■ No ☐ Yes | $538.84 |

| Debtor | German Pellets Texas, LLC | Case number (if known) | 16-90127 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.47 | **Nonpriority creditor's name and mailing address**<br>**Jason Claborn**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$90.20** |
| 3.48 | **Nonpriority creditor's name and mailing address**<br>**Jasper Oil Company**<br>**PO Box 2290**<br>**Jasper, TX 75951**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$45,999.26** |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>**Johnnie**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$259.80** |
| 3.50 | **Nonpriority creditor's name and mailing address**<br>**Kaeser Compressors, Inc.**<br>**P.O. Box 946**<br>**Fredericksburg, VA 22404**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$96.01** |
| 3.51 | **Nonpriority creditor's name and mailing address**<br>**Keith Mahaffey**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$172.80** |
| 3.52 | **Nonpriority creditor's name and mailing address**<br>**Kluber Lubrication**<br>**22571 Network Place**<br>**Chicago, IL 60673-1225**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$18,774.48** |
| 3.53 | **Nonpriority creditor's name and mailing address**<br>**Krengel**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$653.83** |

| | | |
|---|---|---|
| Debtor | **German Pellets Texas, LLC** <br> Name | Case number (if known) **16-90127** |

| 3.54 | **Nonpriority creditor's name and mailing address** <br> **Lakeway Tire and Service** <br> **PO Box 2136** <br> **Jasper, TX 75951** | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $1,348.68 |
|---|---|---|---|
| | Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **Basis for the claim:** **Trade Debt** <br> Is the claim subject to offset? ■ No ☐ Yes | |
| 3.55 | **Nonpriority creditor's name and mailing address** <br> **Lancaster Safety Consulting, Inc** <br> **100 Bradford Road, Suite 100** <br> **Wexford, PA 15090** | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $4,820.00 |
| | Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **Basis for the claim:** **Trade Debt** <br> Is the claim subject to offset? ■ No ☐ Yes | |
| 3.56 | **Nonpriority creditor's name and mailing address** <br> **LONE STAR PARTS** <br> **1114 S. Magnolia** <br> **Woodville, TX 75979** | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $74.95 |
| | Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **Basis for the claim:** **Trade Debt** <br> Is the claim subject to offset? ■ No ☐ Yes | |
| 3.57 | **Nonpriority creditor's name and mailing address** <br> **Lufkin Electric Co., Inc.** <br> **PO Box 1227** <br> **Lufkin, TX 75902** | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $2,075.70 |
| | Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **Basis for the claim:** **Trade Debt** <br> Is the claim subject to offset? ■ No ☐ Yes | |
| 3.58 | **Nonpriority creditor's name and mailing address** <br> **Lufkin Rubber & Gasket Company** <br> **PO Box 150356** <br> **Lufkin, TX 75915-0356** | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $2,930.98 |
| | Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **Basis for the claim:** **Trade Debt** <br> Is the claim subject to offset? ■ No ☐ Yes | |
| 3.59 | **Nonpriority creditor's name and mailing address** <br> **Mack Manufacturing, Inc.** <br> **PO Box 1559** <br> **Theodore, AL 36590** | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $2,152.25 |
| | Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **Basis for the claim:** **Trade Debt** <br> Is the claim subject to offset? ■ No ☐ Yes | |
| 3.60 | **Nonpriority creditor's name and mailing address** <br> **Marcos Truck Tarps, LLC** <br> **PO Box 36009** <br> **Houston, TX 77236** | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $2,071.98 |
| | Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **Basis for the claim:** **Trade Debt** <br> Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| Debtor **German Pellets Texas, LLC** | Case number (if known) **16-90127** | |

| 3.61 | **Nonpriority creditor's name and mailing address**<br>**Matheson Tri-Gas Inc.**<br>**PO Box 845502**<br>**Dallas, TX 75284-5502**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $744.74 |
| 3.62 | **Nonpriority creditor's name and mailing address**<br>**Mill Master Machine Works, Inc.**<br>**2197 US Hwy 69**<br>**Doucette, TX 75942-0610**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $31,518.41 |
| 3.63 | **Nonpriority creditor's name and mailing address**<br>**NES Rentals - Nederland**<br>**5425 North Twin City Hwy**<br>**Nederland, TX 77627**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $41,637.72 |
| 3.64 | **Nonpriority creditor's name and mailing address**<br>**Nicole Wayne**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $100.00 |
| 3.65 | **Nonpriority creditor's name and mailing address**<br>**Orrick, Herrington & Sutcliffe L**<br>**P. O. Box 39000**<br>**San Francisco, CA 94139**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $135,217.11 |
| 3.66 | **Nonpriority creditor's name and mailing address**<br>**Pelletaire, LLC**<br>**312-T Schillinger Rd., South**<br>**Mobile, AL 36608**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $19,446.85 |
| 3.67 | **Nonpriority creditor's name and mailing address**<br>**Port Arthur International**<br>**Box 1428**<br>**Port Arthur, TX 77641**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade Debt**<br>Is the claim subject to offset? ☐ No ■ Yes | $99,505.49 |

| # | Nonpriority creditor's name and mailing address | Claim status | Amount |
|---|---|---|---|
| 3.68 | **Precision Enterprise, Inc.**<br>PO Box 429, Hwy 69 North<br>Woodville, TX 75979<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $1,020.26 |
| 3.69 | **Price LogPro, LLC**<br>P.O. Box 23137<br>Hot Springs National Park, AR 71903<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $11,334.55 |
| 3.70 | **Principal Financial Group**<br><br>Des Moines, IA 50392-0001<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $1,094.24 |
| 3.71 | **RANGER Conveying & Supply**<br>4701 Clinton Drive<br>Houston, TX 77020<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $5,443.16 |
| 3.72 | **Red Ball Oxygen**<br>PO Box 7316<br>Shreveport, LA 71137-7316<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $303.55 |
| 3.73 | **Safway Services, LLC**<br>2910 E. Pasadena Freeway<br>Pasadena, TX 77506<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $324.76 |
| 3.74 | **Scotmans**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $4,727.32 |

| Debtor | German Pellets Texas, LLC | Case number (if known) | 16-90127 |
|---|---|---|---|

| 3.75 | **Nonpriority creditor's name and mailing address**<br>**Seneca Water Supply Corp.**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$616.19** |
|---|---|---|---|
| 3.76 | **Nonpriority creditor's name and mailing address**<br>**SEW-EURODRIVE INC**<br>**P.O. Box 951012**<br>**Dallas, TX 75395-1012**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$48,951.37** |
| 3.77 | **Nonpriority creditor's name and mailing address**<br>**SGR**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$58,130.88** |
| 3.78 | **Nonpriority creditor's name and mailing address**<br>**Skylight Financial, Inc.**<br>**P.O. BOX 2136**<br>**Austin, TX 78768-2136**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$10.00** |
| 3.79 | **Nonpriority creditor's name and mailing address**<br>**Smart's Truck and Trailer**<br>**1214 Hwy 69 South**<br>**Woodville, TX 75979**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$9,053.26** |
| 3.80 | **Nonpriority creditor's name and mailing address**<br>**Southern Supply, Inc.**<br>**2218 Atkinson Drive, Suite F**<br>**Lufkin, TX 75901-2521**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$160.00** |
| 3.81 | **Nonpriority creditor's name and mailing address**<br>**Specialized Maintenance Services**<br>**4533 Passadena Blvd.**<br>**Pasadena, TX 77503-3545**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$11,640.00** |

| | | |
|---|---|---|
| Debtor **German Pellets Texas, LLC**<br>Name | Case number (if known) **16-90127** | |

| | | |
|---|---|---|
| 3.82 | **Nonpriority creditor's name and mailing address**<br>**Springland Mfg.**<br>**Springland West Road**<br>**Rivers, Manitoba**<br>**R0K 1X0**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $41,777.04 |
| 3.83 | **Nonpriority creditor's name and mailing address**<br>**SSA Gulf, Inc.**<br><br>**Chicago, IL**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $29,594.40 |
| 3.84 | **Nonpriority creditor's name and mailing address**<br>**STIS, Inc.**<br>**670620 PO Box**<br>**Dallas, TX 75267-0620**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $114,487.00 |
| 3.85 | **Nonpriority creditor's name and mailing address**<br>**Summit Electric Supply**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $7,192.81 |
| 3.86 | **Nonpriority creditor's name and mailing address**<br>**Sun Superior, LLC**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $2,000.00 |
| 3.87 | **Nonpriority creditor's name and mailing address**<br>**T. Parker Host, Inc.**<br>**350 Pine Street**<br>**Beaumont, TX 77701**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $24,638.60 |
| 3.88 | **Nonpriority creditor's name and mailing address**<br>**Tank Connection Affiliate Group**<br>**3609 North 16th Street**<br>**Parsons, KS 67357**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $33,640.22 |

| | | | |
|---|---|---|---|
| Debtor | German Pellets Texas, LLC | Case number (if known) | 16-90127 |
| | Name | | |

| | | | |
|---|---|---|---|
| 3.89 | **Nonpriority creditor's name and mailing address**<br>**Texas Forestry Association**<br>**P.O. Box 1488**<br>**Lufkin, TX 75902-1488**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,340.00** |
| 3.90 | **Nonpriority creditor's name and mailing address**<br>**Tool & Hoist Specialties Company**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$400.00** |
| 3.91 | **Nonpriority creditor's name and mailing address**<br>**Triangle Portable**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$97.43** |
| 3.92 | **Nonpriority creditor's name and mailing address**<br>**TSI Responsible Innovation**<br>**Suite 201 20818 44th Ave West**<br>**Lynnwood, WA 98036**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$258,595.67** |
| 3.93 | **Nonpriority creditor's name and mailing address**<br>**Tyco General Feed and Ranch Supp**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$300.00** |
| 3.94 | **Nonpriority creditor's name and mailing address**<br>**Tyler County Chambers of Commerc**<br>**717 West Bluff**<br>**Woodville, TX 75979**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$467.40** |
| 3.95 | **Nonpriority creditor's name and mailing address**<br>**UPS Supply Chain Solutions**<br>**28013 Network Place**<br>**Chicago, IL 60673-1280**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1.92** |

| | | |
|---|---|---|
| Debtor | **German Pellets Texas, LLC** <br> Name | Case number (if known) **16-90127** |

| 3.96 | **Nonpriority creditor's name and mailing address** <br> **VECOPLAN AG** <br> **Vor der Bitz 10** <br> **Bad Marienberg, Germany** <br> **56470** <br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> Basis for the claim: **Trade Debt** <br> Is the claim subject to offset? ■ No ☐ Yes | **$341,251.16** |
|---|---|---|---|
| 3.97 | **Nonpriority creditor's name and mailing address** <br> **Verizon** <br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> Basis for the claim: **Trade Debt** <br> Is the claim subject to offset? ■ No ☐ Yes | **$2,207.72** |
| 3.98 | **Nonpriority creditor's name and mailing address** <br> **Warren Trent Davis** <br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> Basis for the claim: **Trade Debt** <br> Is the claim subject to offset? ■ No ☐ Yes | **$135.70** |
| 3.99 | **Nonpriority creditor's name and mailing address** <br> **Wessel GmbH** <br> **Hagdornstraße 10** <br> **46509 Xanten** <br> **Germany** <br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> Basis for the claim: **Trade Debt** <br> Is the claim subject to offset? ■ No ☐ Yes | **$1,422.18** |
| 3.100 | **Nonpriority creditor's name and mailing address** <br> **Westbrook Saw Service** <br> **115 Perego LN** <br> **Newton, TX 75966** <br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> Basis for the claim: **Trade Debt** <br> Is the claim subject to offset? ■ No ☐ Yes | **$2,580.00** |
| 3.101 | **Nonpriority creditor's name and mailing address** <br> **WEX** <br> **P.O. Box 639** <br> **Portland, ME 04104** <br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> Basis for the claim: **Trade Debt** <br> Is the claim subject to offset? ■ No ☐ Yes | **$8.00** |
| 3.102 | **Nonpriority creditor's name and mailing address** <br> **Xerox Corporation** <br> **P.O. BOX 650361** <br> **Dallas, TX 75265-0361** <br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> Basis for the claim: **Trade Debt** <br> Is the claim subject to offset? ■ No ☐ Yes | **$927.46** |

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor  **German Pellets Texas, LLC**
Name

Case number (if known) **16-90127**

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|   |   | Total of claim amounts |
|---|---|---:|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 4,354,613.79 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 4,354,613.79 |